JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR FIGUEROA-SANTOS,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | Case No. 5:26-cv-06188-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting the Petition in Part and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Ground 1 of the Petition is denied; Grounds 3 and 5 are granted; and Grounds 2 and 4 are dismissed as moot.

DATED: October 28, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE